## International Harvester Company of America v. Commonwealth.

(Decided November 20, 1914.)

### Appeal from Barren Circuit Court.

SAME v. SAME.

### Appeal from Hart Circuit Court.

SAME v. SAME.

### Appeal from Larue Circuit Court.

SAME v. SAME.

### Appeal from Nelson Circuit Court.

Pools—Trusts.—In a penal action against the International Harvester Company, following the opinion of the U. S. Supreme Court, 234 U. S., 216, the judgment of the lower court is reversed.

HUMPHREY, MIDDLETON & HUMPHREY and ARTHUR M. RUTLEDGE for appellant.

FRANK E. DAUGHERTY, JAMES GARNETT, Attorney General, and CHARLES CARROLL for appellee.

OPINION OF THE COURT BY JUDGE NUNN—Reversing.

By agreement of the parties the above four cases were tried in the circuit court upon the record of the case of Commonwealth of Kentucky v. International Harvester Company of America in the Bullitt Circuit Court, which has been appealed to the Supreme Court of the United States, and there reversed. Under the opinion of the United States Supreme Court in that case, 234 U. S., 216, these prosecutions cannot be maintained.

The judgment in each case is, therefore, reversed and the cause remanded to the circuit court with directions to dismiss the proceedings.